THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLIFF VAS-QUEZ, a/k/a Cliff Vasquze (Impleaded), Defendant-Appellant.

(No. 55024; )

First District (2nd Division)—July 31, 1973.

PER CURIAM.
DOWNING, J., took no part.

Francis W. Bauer, of Palatine, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES C. HOOKS, Defendant-Appellant.

(No. 56416; )

First District (2nd Division)—July 31, 1973.